| | |
|---|---|
| **BROWN AND SEELYE , PLLC**<br>**ELLEN ANN BROWN, WSB#27992**<br>**SUSAN H. SEELYE, WSB#28825**<br>**744 S. FAWCETT**<br>**(253) 573-1958**<br>**1-866-422-6196 Toll free fax** | **HONORABLE KAREN A OVERSTREET**<br>**HEARING DATE: August 20, 2008**<br>**TIME: 9:30 AM**<br>**RESPONSE DATE: August 13, 2008**<br>**Seattle, WA** |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re:** )<br> )<br>**JOSHUA D CARRINGTON** )<br> )<br>   **Debtor(s)** )<br> )<br> )<br> )<br> )<br>_____ ) | **In Chapter 13 Proceeding**<br>**No. 07-14912**<br><br>**ORDER ALLOWING LATE FILED**<br>**CLAIM OF DEAN & BONNIE**<br>**CARRINGTON & AWARDING ADDITIONAL**<br>**ATTORNEY FEES** |

The above-named debtor(s) by and through their attorneys Ellen Ann Brown and Susan H Seelye, having moved the court to allow the late filed claim of Dean & Bonnie Carrington, the parties having been served with the Motion and Notice of Hearing and there having been no objections to such Motion, although the time for filing such objection has passed, wherefore, it is hereby

**ORDERED** that the claim of Dean & Bonnie Carrington is allowed; it is further

**ORDERED** that Brown and Seelye is awarded an additional $250.00 in attorney fees to be paid as an administrative claim through the Plan.

*/s/ Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney at Law

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958
Fax 253-274-1200